# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GENE A. ALLEN,

    *Petitioner*,

vs.

STATE OF NEVADA, *et al.*,

    *Respondents*.

2:12-cv-00664-JCM-VCF

ORDER

This transferred habeas matter under 28 U.S.C.§ 2254 comes before the court for initial review.

Petitioner Gene Allen seeks to challenge his April 7, 2003, judgment of conviction, pursuant to a guilty plea, of one count each of sexual assault of a minor under the age of sixteen and lewdness with a minor under the age of fourteen, in No. 01-C-177427 in Nevada's Eighth Judicial District Court.

Petitioner has been a serial frivolous and vexatious filer in this court and a number of other courts for a span of time approaching a decade. His serial vexatious filings have include repeated successive habeas petitions and successive post-judgment motions in this court as well as petitions filed in other federal courts that, similar to the present one, then are transferred to this court.[1] The court of appeals repeatedly has rejected petitioner's attempts

---

[1] *See,e.g.,* No. 3:11-cv-00742-ECR-VPC (petition transferred to court of appeals as application for leave to file successive petition; application denied by court of appeals); No. 3:11-cv-00389-ECR-VPC (dismissal of successive petition transferred from Central District of California; COA denied and rehearing denied); No. 3:08-cv-0318-BES-RAM (dismissal of successive petition; COA denied; multiple meritless post-judgment motions filed years after dismissal); No. 3:08-cv-00238-BES-VPC (dismissal of successive petition;
(continued...)

to pursue such successive petitions.[2] These multiple prior holdings by the court of appeals establish the law of the case with respect to the successive nature of similar petitions filed thereafter.

In the present petition, the second page of the introduction to the petition refers to a psychological review panel required in connection with petitioner's sexual offenses. However, all of the unnumbered grounds alleging claims in the petition challenge the underlying conviction and sentence. Following upon the law of the case established by multiple prior holdings by the court of appeals, the present petition therefore will be dismissed as a successive petition. Conducting a show-cause inquiry prior to entry of judgment would be both futile and a waste of judicial resources, given the multiple prior holdings establishing the

---

[1](...continued)
COA denied); No. 3:07-cv-00433-ECR-VPC (dismissal of successive petition; COA denied); No. 2:07-cv-00226-PMP-LRL (dismissal of successive petition; multiple meritless post-judgment motions filed years after dismissal; restricted filer order entered); 3:06-cv-00079-LRH-VPC (dismissal of successive petition; COA denied and rehearing denied; meritless motion to vacate filed years after dismissal); No. 3:05-cv-00639-LRH-RAM (dismissal of successive petition transferred from Southern District of New York; multiple meritless post-judgment motions).

*See also* No. 3:07-cv-00098-LRH-RAM (multiple meritless post-judgment motions years after dismissal); No. 3:05-cv-00616-LRH-VPC (transfer from District of Columbia; multiple frivolous appeals and meritless post-judgment motions filed years after dismissal without prejudice; restricted filer order entered); No. 3:05-cv-00458-RLH-VPC (meritless post-judgment motion filed years after dismissal without prejudice); No. 3:05-cv-00184-LRH-VPC (frivolous appeal and multiple meritless post-judgment motions filed years after dismissal without prejudice); No. 3:04-cv-00189-ECR-VPC (multiple meritless post-judgment motions after non-merits dismissal); No. 2:03-cv-00770-KJD-PAL (untimely appeal and meritless motions to vacate filed years after dismissal without prejudice); No. 2:03-cv-00673-PMP-LRL (multiple meritless motions to vacate filed years after voluntary dismissal); No. 3:03-cv-00692-LRH-RAM (frivolous appeal and multiple meritless post-judgment motions filed years after dismissal for lack of exhaustion; restricted filer order entered); No. 3:03-cv-00672-LRH-RAM (multiple meritless post-judgment motions filed years after dismissal; restricted filer order entered); No. 3:03-cv-00541-ECR-VPC (frivolous appeal and multiple meritless post-judgment motions filed years after dismissal without prejudice); No. 3:03-cv-00519-ECR-RAM (frivolous appeal and multiple meritless post-judgment motions filed years after dismissal without prejudice); No. 3:03-cv-00465-LRH-RAM (multiple meritless motions to vacate filed years after voluntary dismissal); No. 3:03-cv-00414-ECR-VPC (frivolous appeal and multiple meritless post-judgment motions filed years after dismissal for lack of exhaustion).

[2]*See, e.g.,* No. 09-80097 (denial of application for leave to file a second or successive petition and denying COA from dismissal in second action); No. 08-75044 (denial of application for leave to file a second or successive petition); No. 08-74617 (same); No. 08-70238 (same); No. 08-17654 (denial of COA); No. 08-17653 (same); No. 08-15815 (same); No. 07-16386 (denial of COA; denial of rehearing); No. 06-75599 (denial of application for leave to file a second or successive petition); No. 05-71865 (same).

law of the case and petitioner's long history of vexatious abuse of the judicial system, which continues with the present action.

IT THEREFORE IS ORDERED that the petition shall be DISMISSED without prejudice as a successive petition.[3]

IT FURTHER IS ORDERED that a certificate of appealability is DENIED, following upon the multiple prior denials of a certificate of appealability by the court of appeals from dismissals of prior second or successive petitions by petitioner and, further, the multiple denials of applications for leave to file a second or successive petition by the court of appeals. See text, *supra*, at 1-2 & n.2.

IT FURTHER IS ORDERED that all pending motions, including #12 and any other motions pending at entry of judgment, are DENIED.

IT FURTHER IS ORDERED that the clerk of court shall designate petitioner on the docket as a restricted filer and shall return all further papers submitted by petitioner herein unfiled, except for a notice of appeal.

The clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED:  January 31, 2013.

_____
JAMES C. MAHAN
United States District Judge

---

[3] The state previously was dismissed by #7.